**Order entered December 7, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-15-01432-CV**
**No. 05-15-01433-CV**
**No. 05-15-01434-CV**
**No. 05-15-01435-CV**

## IN RE JASON ALLAN OJENA, Relator

**Original Proceeding from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause Nos. F-0758985-L, F-0759105-L, F-0773821-L, F-0759037-L**

## ORDER
Before Justice Francis, Myers and Schenck

Based on the Court's opinion of this date, we **DISMISS** the petition for writ of

mandamus. We **ORDER** relator to bear the costs of this original proceeding.


/s/     MOLLY FRANCIS
        JUSTICE